UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>MICHAEL MACKRELL,<br>Defendant. | Criminal No. 21-276-2 (CKK) |

ORDER
(February 29, 2024)

This matter comes before the Court pursuant to Defendant's [109] Motion for Temporary Modification of Pretrial Release Conditions ("Defendant's Motion"). More specifically, Defendant Michael Mackrell moves this Court for permission to travel to attend the sentencing hearing of his son, Clifford Mackrell, in Washington, D.C., on March 5, 2024. Mr. Mackrell's travel would commence on March 4, 2024, and terminate on March 5, 2024, and he has indicated that he will provide the Pretrial Services Agency with full travel details. Mr. Mackrell represents to the Court that he has "had no violations during his pretrial release, a period approaching one year," and this statement is consistent with the last status report filed by the Pretrial Services Agency. Furthermore, the Government has represented to the Court that Defendant's Motion is unopposed. Accordingly, it is this 29th day of February 2024,

ORDERED that Defendant's Motion for Temporary Modification of Pretrial Release Conditions be GRANTED to permit Mr. Mackrell to attend the sentencing of his son Clifford Mackrell in Washington, D.C. on March 5, 2024. All other conditions of pretrial release unaffected by this Order.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE