UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:21-CR-276-2 |
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN KOLLAR-KOTELLY |
| | ) | |
| v. | ) | |
| | ) | **MICHAEL MACKRELL'S** |
| MICHAEL MACKRELL, | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| Defendant. | ) | **(FILED UNDER SEAL)** |

Michael Mackrell, through undersigned counsel, respectfully submits a Sentencing Memorandum for this Court's consideration in determining the appropriate sentence at his March 26, 2024 sentencing hearing. Mr. Mackrell asks for a sentence "sufficient but not greater than necessary" to achieve the statutory goals of 18 U.S.C. §§ 3553(a) and 3661. Specifically, Mr. Mackrell asks the Court to vary downward and impose a sentence of probation, as further argued below.

**I.    Unresolved Objection**

There remains one unresolved objection to the Presentence Investigation Report, and that concerns Probation's conclusion that Mr. Mackrell should pay a nominal fine. (Doc. No. 99, PSR, at 23). Mr. Mackrell maintains this objection and asks the Court not to impose a fine.

**II.    Mr. Mackrell's § 3553(a) Factors**

   **a.    Nature and Circumstances of the Offense**

Mr. Mackrell pled guilty via plea agreement to one count of assaulting, resisting, or impeding certain officers in violation of 18 U.S.C. § 111(a)(1). He appreciates the seriousness of his offense, which thankfully did not result in any physical injury. Indeed, upon being charged by the government, Mr. Mackrell immediately cooperated with law enforcement and sought to

resolve this case, ultimately admitting guilty. His behavior on January 6 was an anomaly, as Mr. Mackrell has never been in any kind of criminal trouble before or since. He is not a political extremist or a supporter of violence. In fact, Mr. Mackrell feels particularly ashamed of his offense conduct as a retired Marine, as it was antithetical to his support for all branches of law enforcement and the rule of law.

### b. History and Characteristics

#### i. Mr. Mackrell is a Marine Corps veteran.

A defining time in Mr. Mackrell's life is his Marine Corps service. After graduating from high school, he got married and had his first child. A young family man, he had his eye on the future. He knew he wanted to work with his hands and serve his country, and this drew him to the military.

Mr. Mackrell joined the Marine Corps in 2001. Though he had joined during a time of peace, that would not last. He was still in boot camp when the events of 9/11 occurred. He finished his thirteen weeks in boot camp and subsequently completed a six-week Marine combat training. He opted for Marine Occupation School, where he trained for work in Motor Transportation.

After his training, he was stationed in North Carolina as part of a unit that worked the flight line, meaning they were always ready to deploy service members and equipment when the call came in. In 2003, after repeatedly asking about opportunities to deploy, Mr. Mackrell was deployed to Kuwait as part of a Nuclear Biological Chemical unit working out of a camp operating as an ammunition supply point. He was part of a detail tracking the chemical footprint of biological weapons after impact in order to keep the troops away from the effected area. He also worked driving and radio details for his unit.

The Marine camp was a large target for enemy forces. Missiles were fired upon the camp, and the Marines would have to try to find the missile sites. Mr. Mackrell recalls a particularly close call in which a missile was perilously close to hitting the camp when it was shot down. It was a stressful assignment for the troops living at the camp.

The Marines advanced into Iraq, and Mr. Mackrell was exposed to more traumatic situations. He saw dead bodies in cars. He felt the paranoia of wondering whether the children asking him for food were actually decoys leading him into sniper fire or a bomb attack. And he was once chosen to go on an ammunition run with no radio or method of communicating with his fellow Marines. He was instructed to punch a hole in any roadblocks. But some groups were using kids to form their roadblocks. Mr. Mackrell was ordered not to stop, because if he did, "everyone will die." It was a heart-breaking order to have to follow.

His time of deployment was eye-opening. In numerous situations, Mr. Mackrell and his comrades were not provided with ammunition, leaving him feeling defenseless and "hung out to dry" on top of everything else he saw and experienced. When he returned home, it was a struggle to adjust, and he started having angry outbursts. ███████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████ ████████████████ ██████████████████████ He was even promoted to Platoon Sergeant and placed in charge of planning the day-to-day activities of a unit. ██████ ███████████████████████████████████████████████ ████████████████████████████████

3

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

Then the Marine Corps placed him on temporary retired status before eventually medically discharging him from service. It was enormously disappointing to be discharged, and Mr. Mackrell did not want to leave the Marines.

No longer on active duty and still ██████████, Mr. Mackrell found himself at rock bottom. He wasn't working. His marriage was suffering ██████████ He was sleeping on the couch ██████████. And he started to feel like he was not part of his own family anymore. ██████████████████████████████ ████████████████████████. ██████████████████████████ ██████████████████████████████████ He took work where he could find it, even driving extended distances for opportunities to make some money. The strain on his marriage became too much, though, and the couple separated in 2008.

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

4

Mr. Mackrell reconnected with his now wife Margaret, a woman he had known in high school. They got engaged in the Smoky Mountains in 2012 and returned to the mountains the following year to be married. He continued to work as best he could ███████████ ███████ ████████████████████████████████████████████████████ ██████████ ████████████████████████████████████████████████████ █████████████████████████████████████ █████████████████████ ██████████████████ █████████████████████████████████████

Despite the difficulties he faced in the Marines – and in being medically discharged – Mr. Mackrell is proud of his service and remains supportive of the troops. He began his service as a Private First Class and ended as a Sergeant. Exh. A, Awards, at 1-6. He received training in several areas, including martial arts. *Id.* at 7-8. And he received numerous awards, including selection for two Meritorious Masts for outstanding service, commendation for "superior performance and selection as Marine of the quarter" from April to June 2002, commendation for "superior performance in the execution of his duties from" July 1 to September 30, 2002, chosen as Marine of the Year for the Second Force Service Support Group in 2003, given the Navy and Marine Corps Achievement Medal for his selection as Marine of the Year, chosen as 2D FSSG Marine of the Quarter, given a certificate of good conduct, recognized with a certificate of appreciation, and he had a flag flown aboard an aircraft in his honor. *Id.* at 9-19.

████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████



6



c.  **Request for a Sentence of Probation**

Mr. Mackrell asks this Court to vary downward and sentence him to probation. He has no criminal history and has had perfect compliance while on pretrial release.

██████████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████████████
████████████████████

He has accepted responsibility for his offense and seeks now to complete the sentence handed down by this Court and move forward with the support of his family and friends. And Mr. Mackrell has a strong support system in his family and friends, as demonstrated by the many letters of support accompanying this sentencing memorandum. Exh. D, Ltrs. of Support. Part of that support system – his family – will also be left in financial hardship should Mr. Mackrell be incarcerated. He will lose a significant portion of his benefits during a term of incarceration, which will then leave his family without necessary income.

### III.   Conclusion

Mr. Mackrell therefore asks the Court vary downward and impose a sentence of probation.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

/s/ Claire R. Cahoon
CLAIRE R. CAHOON (0082335)
Office of the Federal Public Defender
617 Adams St., 2nd Floor
Toledo, OH  43604
Ph: (419) 259-7370; Fax: (419) 259-7375
Email: claire_cahoon@fd.org