John T. MacKrell, Sr.

██████████

North Olmsted, Ohio 44070

January 15, 2024

The Honorable Judge Colleen Kollar-Kotelly

RE: Michael MacKrell

Dear Judge Kollar-Kotelly:

I'm sending this letter requesting leniency on behalf of Michael MacKrell, who pled guilty to assaulting a police officer on January 6th.

I am Michael's father and friend.

Michael is my third son. He has been a wonderful son.

He played ice hockey from when he was very young through high school.

Michael loves this country and as soon as he was 19 years old he joined the Marines. At one point he proudly served in the Iraq war. He was stationed in Kuwait.

He is now married and has 6 children. He lives in a house in Wellington, Ohio. He grows some crops to help feed and care for his family.

He is a hard worker, a good father, a loving husband and a good son,

Michael is a hard working, honest man who loves the United States and has served all of us. This letter is a formal request to show Michael mercy and leniency in sentencing him.

His family has greatly missed him while he has been away and will obviously miss him greatly during whatever time he serves.

Michael has consistently supported his family and I would would like to see him continue to support them.

If you have any questions, I can be reached at 440-427-1050 or at jmackrell@hotmail.com.

Thank you in advance for your consideration.

Sincerely,

John T. MacKrell, Sr.

Dear Judge Colleen Kollar-Kotelly,

My name is Judy Mackrell, and Michael Andrew Mackrell (Mickey) is my son.  I'd like to tell you about my son so that you know more about him, as the man you have read about is not really who my son is. Mickey has the strongest character of anyone I know.  He lives his life with honor and truth, and sets the highest expectations for himself.  He loves his family, his country, and his friends.  He believes in standing up for what is right, and accepting responsibility for one's actions.  He is the very heart of our family, and the best friend you could have.  He is the person who is <u>always</u> there for you, whether asked to be or not, the person we all count on, the person you can always count on.

Mickey is always the first person to help anyone in need, be it friend or stranger.  When he worked at Patton's Towing, he once arrived at the location he was sent to and found an elderly gentleman who was not only a WW2 Veteran, but also a Pearl Harbor survivor.  They talked while he worked and when Mick's work was finished, the Veteran asked what he owed for the service.  Mickey replied "Not a penny Sir", also saying that he was very honored to have met him and be able to thank him for his service to our country.  He then paid the Veteran's bill out of his own pocket.  For months, Mick told everyone he knew about what an honor it was to have met this WWII and Pearl Harbor Veteran and have the opportunity to speak with him.

①

Mickey always went over and above for his customers and employer, as that is how he lives every day.

My son is the man who always offers a lady his seat, holds the door for someone, and does all the little polite things that people used to do for each other, but that you rarely see done anymore. I recently took my 11 yr. old grandson ███ (Mickey's youngest son) on a trip to Disney World. While on our trip, every time ███ saw a Veteran, he would go up to him, politely excuse himself, and then thank him for his service to our country. I can't begin to tell you how many times this happened. More importantly, I can't tell you how many times that Veteran, or his family member, came up to me to say how polite ███ was, and how unexpected his actions were for an 11-year-old boy these days. Many of the Veteran's themselves were in tears speaking to me, and saying how grateful they were for ███ kindness. Besides thanking Veterans, ███ always held doors open for people, helped people carry their trays to their table to eat, and anything else he noticed that he could do to help someone. I feel this is a direct result of Mickey's character, teaching his son to behave as he does, unlike so many young people no longer taught this behavior in today's world. I am incredibly proud of both of them.

As hard as school was for him, he kept at it until he succeeded. This became a pattern for him. Anything he struggled with, he just worked harder at until he overcame the problem and was successful. He does that still today.

Mickey played hockey, as a goalie, from age 7 on. Hockey can be an incredibly intense game, especially between high school boys. Mickey played with honor and decency, earning the respect of his own team, coaches, and many rival coaches. I often had other coaches speak with me after a game to say they were impressed with how he handled himself. Hockey taught him a lot about determination and character, and helped make him the man he is. After graduating High School in 2000, Mickey received a letter of invitation from the Columbus Blue Jackets (a Columbus, OH, pro hockey team) inviting him to come play/practice with them. As much as he loved playing hockey, he turned that down and chose to join the Marines, the best of the best in his opinion, which he had wanted to do since he was small.

Mickey joined the Marines the summer of 2001 and was still in boot camp on 9-11-01. While there, he set his goal to earn the Iron Man award for his group of 500-600 new Marines. The Iron Man award is given to the most physically fit member of the graduating class, and he successfully achieved that honor

③

and award!  At his boot camp graduation and ceremony taking the oath to be a Marine, many of his superior officers came to speak with me about Mickey and what an exemplary young man he is.  I've included a copy of a letter written to me from one of his commanding officers (see attached).

He deployed in 2003 with Operation Iraqi Freedom, after first earning his unit's Marine of the Year award earlier that same year.  While stateside, he was in the Motor Transport Unit, but when going overseas he <u>volunteered</u> for the Nuclear, Biological, & Chemical Unit (NBC Unit). They were the first responders sent out to the site of an inbound missile strike to determine if there were any dangerous chemicals or poisons released there. To me this is another example of his character, wanting to protect his fellow Marines by willingly putting his own life on the line.



④



Your Honor, my son is truly a good man.  I had plenty more to say to show that, but I rewrote this letter multiple times trying to condense it.  I greatly appreciate your taking the time to read



my letter so you can see more of who Michael Mackrell (my Mickey) truly is.  Your Honor, please, please do not judge him solely on actions made on the worst day of his life, for which he is truly remorseful.  Please, I hope you can find a way to show him mercy and not judge him harshly.  Thank you for your time.


Very Sincerely,

*Judy M. Mackrell*

Judy M Mackrell

Mother of Michael Andrew Mackrell



**UNITED STATES MARINE CORPS**
Headquarters and Service Battalion
2d Force Service Support Group
Detachment "A" Unit 75105
FPO AE 09509-5015

IN REPLY REFER:
1400
BADJ
1 May 03

████████████████
North Olmsted, OH 44070

Dear Ms. Mackrell,

As the Commanding Officer of Headquarters and Service Battalion,
2d Force Service Support Group, I'd like to offer my
congratulations on Lance Corporal Mackrell's selection for
promotion to Corporal. My Battalion's deployment to Kuwait in
support of Operation Iraqi Freedom is facilitated by the
selfless hard work and sacrifice of America's sons and
daughters.  Your son stands tall amongst this select group of
which it is my honor to command.

Your son's selection for promotion is a verification of his hard
work and outstanding performance.  You should feel justifiably
proud of his accomplishment.  He has shown that Honor, Courage
and Commitment aren't just words but a way of life and I look
forward to continued service with him, especially during this
time of operational deployment and service on foreign shores.
May God bless our country and our Corps.  Semper Fidelis.

                        Sincerely,

                        C. C. CRENSHAW
                        Lieutenant Colonel, USMC
                        Commanding

1/10/2023

To Honorable Judge

My name is Richard L. Klesta Sr.

Michael (Mic) MacKrell is my son in law.

I have known Mic for about 15 or so years

Within that time frame he has always shown love and respect for God, country and family

He is also ███████ Marine vet who served our great country in Irqq.

He has always helped myself and others when needed

Especially over this past year when I had medical issues ~~over~~ helped my wife & I in any capacity needed

He has always shown respect for others especially those of us who served our great Country

He has also taught and showed his family right from wrong. We as parents hope they continue to practice in their lives

Respectively

Richard L Klesta Sr.

RICHARD L. KLESTA Sr

January 21, 2024


The Honorable Judge Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue
Washington, DC  20001

RE: United States v. Michael Mackrell

Dear Judge Kollar-Kotelly,

My name is John Sturm and am writing you regarding the character of "Mickey" Mackrell as he's fondly
known.  I met the Mackrell's more than 25 years ago when my son played youth hockey with Mickey's
sister and I was an assistant coach.  Over the course of those years we grew to know their family and
spent many a weekend traveling all over the Midwest.  His sister Mandy became one of the family.

Fast forward to 2016 when my wife and I lost our oldest son (Airforce veteran) and decided to move out
to the country for a fresh start.  We were true suburbanites and unbeknownst to us purchased land that
abutted Mickey's property.  Some may call it chance or coincidence, but I believe it was much more than
that.

You see, we acquired acreage where we had no knowledge, equipment, and quite frankly no experience
to be there.  Mickey and his family quickly realized that and was **ALWAYS** there helping and assisting with
anything we needed.

I can list countless times Mickey contributed to our community, came to our rescue or merely offered
assistance and support.  He served his country with honor as a Marine and exemplifies the meaning of
Semper Fidelis – "Always Faithful".  Mickey is that and more and I am proud to have him as a friend.  The
world is a **MUCH** better place because of people like Mr. Mackrell.

Sincerely yours,

John L. Sturm
Wellington, OH  44090
Jsturm@aol.com
440-463-4466

Dear Honorable Judge,

I am writing to provide a comprehensive character reference for Michael MacKrell, a person whose character I have had the privilege of witnessing firsthand. I am his brother in law and have known him for over eight years. It is my hope that this letter will shed light on the various positive attributes that define Michael and his significant impact on those around him.

Michael is an individual who epitomizes kindness, spirituality, love, and a profound sense of family values. His dedication to his family is evident, particularly in the deep bond he shares with his two nephews, who hold him in the highest regard. No matter the time of day or night he will be there for them if he ever needed to be. The affection they have for him speaks volumes about the positive influence he has on their lives. He is the first person they run to at family gatherings.  He has taught me valuable things about being a father to young children.

Beyond his immediate family, Michael consistently extends warmth and generosity to everyone he encounters. I experienced this when I was new to the family, going to visit and being at family events where he has always welcomed me. His willingness to help others at any given moment is a testament to his compassionate nature, making him a reliable and supportive figure in the lives of those around him. He is always willing to step up and help out his neighbors in any event.

One of Michael's most commendable qualities is his knowledge and intellectual curiosity. He possesses a wealth of information and is always eager to share his insights with others. If we have an issue with something at home or just with anything in life he is always the first call. His ability to engage in meaningful conversations adds a valuable dimension to any social setting, making him not only knowledgeable but also a pleasure to be around.

Moreover, Michael's love for his children is evident in the time and attention he dedicates to them. His commitment to being a supportive and caring parent reflects positively on his character and underscores the importance he places on family bonds.

In addition to his personal qualities, Michael brings an element of joy and fun to any gathering. His sense of humor and ability to create a positive atmosphere make him a beloved presence among friends and family alike. It is this combination of warmth, wisdom, and levity that makes Michael such a cherished individual in his community.

In conclusion, I wholeheartedly vouch for Michael Mackrell's character and believe that his positive qualities far outweigh any challenges he may face. I trust that, in your wisdom, you will consider these aspects of his personality when making any decisions related to his case. Thank you for taking the time to read this letter, and I appreciate your consideration.

Sincerely,

Louis Sawchik

Amanda (Mandy) Mackrell
Sister of defendant Michael Mackrell
███████████████
Oberlin, OH 44074
440-590-0530
mackrellmandy@gmail.com

Honorable Judge Colleen Kollar-Kotelly,

My name is Amanda (Mandy) Mackrell and I am Michael (I call him Big Twin) Mackrell's little sister. My brother and I are 7 years apart, but everyone has always called us twins because we are so much alike. I wanted to write this letter to you to give you a clearer picture of who my brother truly is. I understand that you have been given a great deal of information about him but I can promise you that no one knows him like I do. He has been my person since the day I was born. I would like to tell you who the real Michael Mackrell is.

In all of our family pictures from the day I was born you will see my Big twin sitting right next to me. He took care of me and always made sure I was safe. He did this my entire life. When I was 4 years old my parents separated and got a divorce. I still remember the night my father packed a moving truck with all of his belongings and I was so confused as to what was going on. Big twin was right there either playing with me or keeping my attention off of what was going on so I wouldn't see my father packing up and leaving. I play ice hockey, and when I had a tryout when I was little I was cut by a skate and taken to the emergency room. I am absolutely terrified of needles and would not calm down for anyone. They had to send security in the room to hold me down until my brother walked in (covered in car oil because he was working on his car and dropped everything he was doing to come to the ER) and calmed me down.  When I had my first heartbreak in high school I called him. I found a lump in my breast when I was in my early 20's. Big twin was the one who sat at the doctors with me and held my hand during the scariest time in my life. My brother is the real "I am just a phone call away" person. It didn't matter what time, where he was, what he was doing, he would drop everything and come running.

When my brother was in the Marine Corps and went overseas right after 9/11 ████████████████████████████████████ but he drove 11 hours to New York while I was playing college hockey just to show his support and love for me. He has always been the loudest person in the stands and my biggest supporter. I never had to wonder if he was there. I always heard him. He taught me how to not only play hockey but the love for the game. He taught me everything I know and made me the person I am today.

My brother showed me how to be an amazing parent. He showed me that family comes first and love is the most important thing of all. You always show up for your family and always protect them above all. He is the most caring, loving, protective father I have ever known and I hope to be 1/2 the parent he is. He has

given everything he has for his children and will continue to do so till the day he dies.

I have two beautiful boys myself. My 2 year old son ███ and my 8 month old son ███ Watching my son get out of the car when we go to Uncle "Dickey's" is my absolute favorite. I take him out of his car seat and set him down on the driveway and his feet start running before he fully touches the ground. He sprints to his Uncle Dickey and doesn't stop until his arms are wrapped around him. When I carry my 8 month old in his car seat I can't even set him down fully without my brother grabbing the seat and pulling him out and hugging him. There are only two people in this world who can calm ███ down to fall asleep; myself and my big twin. I recently tried to cut ███ hair. He jumped and knocked the guard off and I buzzed a piece extremely short so I had to shave his head. He was so upset that all of his hair was gone and called Uncle Dickey to show him. The next night we went over to Uncle Dickeys and he shaved his head just so my son would not be upset that he was the only one without any hair. This is the true man my brother is. He was so worried about his 2 year old nephew being upset about his haircut that in the middle of winter he shaved his head as well just to make his nephew feel better. When my brother took his hat off my son immediately rubbed his head and smiled. The relationship they have is so special. I grew up knowing my brother was my safe place, and now my children get to do the same thing. My brother loves his nephews more than I could ever describe for you in words. My babies would be lost without their Uncle Dickey.

My brother believes in honor. He fought for this country and was willing to give his life for it. I understand he has pleaded guilty for this crime. He is not a man who will make excuses for his actions. He will stand up and take responsibility. I am asking you to please show leniency on him. He is the rock for our family and the best person I have ever known. He is my person. He is my family's person. He is my son's person. He is a loving husband, father, uncle, son, and friend. Please don't judge my brother based solely on his worst day.

I would like to thank the court and thank you for taking the time to read my letter.  My brother is so loved and respected and has touched more people's lives than I could ever explain in a letter. I am available at any time if there is anything you would like to confirm or discuss with me. Thank you again Judge Colleen Kollar-Kotelly.

Sincerely,

Amanda (Mandy) Mackrell

Susan Sturm

Wellington, Ohio 44090
January 18, 2024

Senior Judge Colleen Kollar-Kotelly
United States District Court
333 Constitution Ave N.W.
Washington, D.C. 20001

Dear Judge Kollar-Kotelly:

I write to you to share my observations and thoughts about the character of Michael Mackrell - Mickey as I know him.

I am a 63-year old neighbor of Mickey, whom I have known since 1997 when he volunteered to coach children in the local hockey program where my son was enrolled. I am a graduate of John Carroll University in Cleveland and have worked as a consultant in Human Resources for over 37 years. Through certification in and use of many methodologies and tools for the assessment and selection of candidates, my ability to identify character traits in people is highly rated. I have even applied these skills for BPW Ohio to serve as judge for their state-wide Individual Development Program (most recently March of 2021).

Mickey is a generous person who gives of himself. He is ready to help others and takes initiative to support them, especially in times of crisis. He is someone I would turn to in an emergency. I believe that Mickey would give his life to save someone else.

We bought our current home in 2020 that is "one door" over from Mickey. Our property is heavily wooded, which is great since our home relies on a woodburning device for heat. Harvesting and chopping the wood, however, is much harder than we anticipated. One day during our first winter here, I looked out the window and asked my husband, "who is out chopping the wood?" Bob said, "Oh that is Mickey and his boys." When I finally braved the frigid air to thank him, Mickey said simply, "That is what neighbors do." He saw the need, helped, and left.

Early the following spring, Mickey called four of us closest neighbors over to talk about an idea. He wanted to lend his property and expertise to a community farming project to help us all offset the rising cost of food. Three of us are in our sixties and told him we had no experience but were willing to learn. Using his resources – land, water, tools, seeds, and knowledge, he taught us how to grow everything from corn and cabbage to peas and zucchini. We prepped, planted, and weeded together in the mud, heat, and lovely sunny days of summer. We learned we have more limitations

Senior Judge Colleen Kollar-Kotelly
January 18, 2024
Page 2

than we thought, but also learned new skills and what a generous and helpful friend we had in
Mickey. Through his actions, Mickey taught us the most important lesson of all – to give
unconditionally to others as you are able.

I have seen Mickey search tirelessly for a small dog missing in our area. During an unusual traffic
incident where cars backed up on our street for hours, he allowed complete strangers to come into
his home to use his bathroom and leave their cars in his yard to walk or find alternative solutions.
When our street became completely flooded during a huge storm, Mickey was first out the door
and wading through the street to check on neighbors across the way.

Mickey is someone we trust; we rely on and are grateful to have in our lives.

Sincerely,

Susan Sturm

Susan Sturm
susan.sturm@icloud.com

FROM THE DESK OF
**Robert Sturm, Jr.**

January 18, 2024

The Honorable Judge Colleen Kollar-Kotelly.
United States District Court
District of Columbia
333 Constitution Avenue
Washington D.C. 20001

Re: United States v. Michael Mackrell

Dear Judge Kollar-Kotelly,

My name is Robert Sturm, Jr. I am writing to you regarding the character of Michael Mackrell. I live in Wellington, Ohio. Before that I lived in North Olmsted and Olmsted Township Ohio. I served 34 years as a full-time firefighter/paramedic and retired from the Westlake, Ohio Fire Department as a Captain.

I've known Michael as "Mickey" since I first met him. My son played hockey in the North Olmsted Hockey Club from a very young age. In the mid 1990s I was asked to help coach in and then run one of the in-house beginner programs. Mickey was one of the assistant coaches. As he was a teenaged travel hockey goalie, his help and that of the other assistants was very much appreciated. During that time, Mickey was quiet, polite and respectful.

Fast forward to 2016 when my brother and his wife moved to Wellington Ohio and found that Mickey and his family lived in the house in front of my brother's land. Small world indeed. In 2020 the property next to my brother became available and my wife and I bought it and moved there as well. We share a quarter mile long driveway with my brother and sister-in-law, and the Mackrells live up near the street, two houses from our driveway. After buying the property, I got to know Mickey as a friend and great neighbor. He has much mechanical knowledge and many skills, and he freely offers them. After we bought the house, but before we actually moved in, Mickey:

> Helped to recover my ATV from the Black River after my adult son was swept off it. My son was fine, but the ATV was submerged, upside down in the swollen river. Mickey and his son Sean brought a small boat and rigging equipment. He worked elbow deep in December cold water to recover the ATV. His experience from working at Patton's Towing was invaluable in that recovery.

> Felled a large tree with a split trunk up by my house that, had it fallen on its own, would have hit our house. Then his sons and he helped cut and haul the huge trunk to our woodpile. He later brought his wood splitter, sons and several logs from his own woodpile, so we would have enough wood to supplement our propane powered furnace.

Kept watch over our property. Before we were able to move in, we did a lot of work on the house, but weren't there every day. Mickey could see all the way up our driveway from the back of his house, and would call or text if he saw someone in our drive or near our house.

In the interest of brevity, I've only listed three instances of Mickey's neighborly helpfulness, but there are many others. These examples all occurred before we moved into the house. Mickey is a beekeeper, gardener, woodworker, mechanic, equipment operator, and much more. He is a son, brother, husband, father, uncle, and friend to many. He is a United States Marine. Mickey is a man of service, of integrity, and of loyalty. He is truly a person who would give the shirt off his back if you needed it. Even if you didn't ask for it.

I am grateful to call him "neighbor."

I am proud to call him "friend."

Sincerely yours,

Robert Sturm, Jr

Wellington Ohio 44090
sturmonate@aol.com

Honorable Judge Colleen Koller – Kotelly

United States District Court for the District of Columbia

Re: Michael Mackrell (1:23 – mj- 00051)

It has been honor and privilege to be called a friend of Michael (Mickie) Mackrell for the past 35 years.

During this friendship Mickie has always been a hardworking member of society. Mickie has always been an honorable and trustworthy father and friend.

He served his country courageously and faithfully while in the U.S. Marines ███████████  ██████████████████████████████████████████████████████████ He returned home and raised his family and held meaningful employment ████████ ██████████████████████████████

In the many years I have known Mickie he has always lived a life of integrity and has never been involved in criminal activity.

As such, I believe that the charge against Mickie was not retrospect of his true character, and I ask that you consider this when considering an appropriate sentence.

Respectfully,

Daniel Kuack
████████████
North Olmsted, OH 44070

Dear,

Judge Kollar-Kotelly

I'm writing this letter to express my personal friendship and work relationship I've endured with Michael MacKrell. I've known Mick for nearly 15 years and he quickly became like a brother to me let alone one of the best employees/co workers I've ever had. Mick is the type of person who would drop anything, do anything for anybody in need no questions asked. Although we were co workers in the beginning we became like family not long after I cant express enough the type of person Mick was to my company and to myself over the years but I knew if there was one person I could rely on for anything Mick was my first call. I hope this letter will be taken into consideration in any sentencing for Mick, he's depended on by so many people and family members everyday.

Sincerely,

Jacob Patton

Lee A. McKay
██████████████
North Olmsted, OH 44070
440-223-0414

December 29, 2023

Honorable Judge Colleen Kollar-Kotelly
United States District Court for the District of Washington

RE: Sentencing of Michael Mackrell, Case No. 1:21-cr-00276-CKK

To The Honorable Judge Colleen Kollar-Kotelly,

    First, I would like to thank you for affording me the opportunity to introduce you to the Michael "Mick" Mackrell that I know; someone whose nature is far greater than the offense in question. We have been good friends, more like brothers since elementary school. We have spent a great deal of time together as we have grown in life; attending school, playing, hunting, fishing, working alongside each other in different trades and now raising our families together (though he had a head start on the last one).

    He is a sincere and dependable man. It was no surprise to me when he joined the Marine Corps to serve our country. While enlisted, Mick started a family; he was greatly missed when he was deployed as he is the rock of his family. After he returned home, he immediately stepped back into the comfortable role of servant leader relentlessly helping those around him.

    When my daughter was 6 weeks old and struggling to eat effectively, he accompanied my wife to an oral surgery appointment so she would not be alone as a new mom. He did research and asked questions we had not thought of to safeguard my daughter and wife during and after the procedure. My children call him Uncle Mickey as he and his wife are the only people who are not immediate family that my wife and I trust to watch our children; we know they will be protected and loved in their care.

    Mick has 6 children, 2 of which are minors and still live with him. His youngest is in middle school and relies on him to get to school daily in another district █████████████ Mick also regularly helps his father in-law who recently had a stroke to maintain his home. He helps his sister care for her two young sons, so she can provide for them just as he did other siblings who were struggling to make ends meet. As you can see several people rely on Mick daily to function at a basic level; his absence would surely cause them undue suffering please take this into consideration.

Respectfully,

*Lee A. McKay*

Lee A. McKay

Mike Clough

████████████████████, Wellington OH

01/12/2024

Honorable Senior Judge Collen Kollar

Judge of United States District Court District of Colombia

Re: Michael Mackrell


Dear Judge Kollar:

I'm writing to you to share my support for Michael Mackrell and my gratitude towards him for all he's done for me as my Stepfather. He has been a big part of my life for nearly as long as I can remember and its in a large part thanks to him that I am the man I am today and is one of the biggest factors in my life that pushes me to try and better myself. Whether it had been teaching me something as simple as how to use a table saw or helping me through personal issues of my own. He always looked to help me despite e me not even being his technical son. So much so that during a time when I felt me, and my blood father were growing very distant due to my former stepmother. Mickey stepped up and acted as the father I needed in those years. Mickey is as much my father as the one related to me by blood and is a man whose very dear to me that I'm honestly not sure what I would have done without. It was thanks to his care and love that I grew up to look to work my hardest and best at everything I do, to stand up for myself and to have confidence in my work and actions. To help others when and wherever I can. And he still helps push me today even when my time at home isn't even half of what it used to be. Every time I've come home be it for a break or the odd weekend, he has checked up on me and helped me to sort out a lot of the things about adult life I don't fully understand while helping to push me to the independence I need now. All while also still helping me to make the most of my time in college and advising me throughout my summer last year.

Mickey to me is as good a father to me as my own and has always looked to do the best for his family and friends. A man I one day aspire to be like and to emulate if I ever have kids of my own. And a man I hope I have made proud as his son.

Sincerely,

Mike
Clough

Honorable Colleen Kollar-Kotelly
Re:  Mick Mackrell

     I absolutely do not agree with Mick's politics or actions on January 6th and was originally inclined not to write a letter that would potentially impact his sentencing. However, I am writing this since I have several good friends and acquaintances, who in my opinion have been radicalized by a set of bad actors in search of power. I believe, the use of the internet and fear have allowed these good people to do bad things, thinking it was the best for the country.  I recently retired as a Shift commander with the North Olmsted Fire Department, near Cleveland Ohio.  My responsibilities included running a twenty four shift, and being in charge of mitigating emergencies that happened during that time frame. North Olmsted Fire is a full time professional department that has over four thousand emergencies a year between two stations. The incident germane to describing the positive aspects of Mick Mackrell's  character involved a car rear ending a tractor trailer. The occupied car was wedged into the rear of the trailer so deeply, the trailer needed to be lifted, and the car pulled out to cut the occupant from the it.  Mick arrived in charge of several tow operators, and a lifting rig. He described a plan to me for lifting  the box trailer, then pulling the car out. As the incident commander, I reviewed the options and gave him the permission to carry the plan out. His professionalism and quick work, coupled with his ability to be part of a  rescue team he barely knew, allowed for the safe extrication of the accident victim.  In my opinion this contributed to saving the victim's life. His willing involvement in the post incident analysis helped improve our future responses to similar incidents.

Thank You for your consideration in this matter,
James Dunwoodie Captain (Ret.)
North Olmsted Fire Department
440 225 8683

1-14-2024

To whole it may concern:

I have known Michael MacKrell for over four years now. I met him once I moved to Wellington Ohio four years ago. "Micky" and his family have become not just friends, but family to me and my family.  We have spent endless hours on projects together, 5 acer Neighborhood garden with multiple families participating to manage and maintain,Doing wood projects, working with him splitting enough wood to heat his home, excavation projects, around his house as well as mine.  He is one of the most knowledgeable people that I know and trust.
 He and his family are one of the most caring people, if one or one of my other neighbors ever are in need, he and his family step up to the plate no matter what the project may be.  Me and my family are proud to have the MacKrell's as both only as my neighbors, but have them as my family!
Sincerely,

Constantino Mazzeo
        &
Family

Jeannine Mazzeo

Wellington, OH 44090

02-14-2024


Re:  Michael Mackrell


To: The Honorable Judge,

I have known Michael Mackerell for almost 4 years.  He is a great neighbor and a great friend.  I was very surprised to hear about his actions that resulted in his charges from January 6, 2021.  Michael has always been a solid, generous, compassionate person, who is always offering to help anyone in need.  It is for those reasons that I am writing this letter.  I understand the seriousness of this matter, however, I hope that the court will show some leinency in Michael's sentencing.

In our friendship, Michael has always been there for me and my family.  From checking our home when the alarm has sounded, to watching my child, helping with yard projects, and allowing numerous members of the neighborhood to put a community garden in his yard.  His kindness and generocity are a couple of the reasons he has shown us that he is an upstanding man.  Additionally, Michael has served our country as a soldier in the Marine Corps.  Michael gave his all.

It is unfortunate that Michael choose to make a terrible decision on January 6, 2021.  I do not condone his actions.  However, he has expressed extreme remorse for his actions, and he is ready to accept responsibility for his actions.

Despite the charges in this case, I believe that Michael is an honorable person and an asset to the community.  He made a horrible mistake that has consequences.  I believe that Michael will emerge a better person as he moves forward.  I hope the court will take this letter into considertion at the time of sentencing.


Thank you for your time and consideration.

Respectfully,

Jeannine Mazzeo

Honorable Judge Colleen Kollar-Kotelly,

This my note why not to send my father Michael A. MacKrell to prison the reasons are because he is a great father and it would not be fun without him and not be the same like its always been. With my dad even though are always busy it is still fun on the property and fun to be near him because he's always been supportive ,loving ,and caring.

From,

Wellington, Ohio 44090