# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:21CR-276-2 |
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN K. KOTELLY |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR TEMPORARY** |
| MICHAEL MACKRELL, | ) | **MODIFICATION OF PRETRIAL** |
| | ) | **RELEASE CONDITIONS** |
| Defendant. | ) | |

Now comes Michael Mackrell, by and through counsel, and respectfully moves this Court for a temporary modification of his pretrial release conditions to allow him to stay in Washington, D.C. the evening before his March 18 sentencing hearing. Mr. Mackrell is currently prohibited from lodging in Washington, D.C. without court permission. Because staying in Washington, D.C. will help ensure Mr. Mackrell can more easily travel to his sentencing hearing, he asks that he be permitted to stay on March 17.

Respectfully submitted,

Stephen Newman
Federal Public Defender
Ohio Bar: 0051928

/s/ *Claire R. Cahoon*
CLAIRE R. CAHOON
Assistant Federal Public Defender
Ohio Bar: 0082335
Office of the Federal Public Defender
617 Adams St., 2nd Floor
Toledo, OH  43604
Phone: (419) 259-7370
Fax: (419) 259-7375
Email: claire_cahoon@fd.org